IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ACUITY, A MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.                                                  No. 1:21cv00854 SCY/JFR

LBJ ENTERPRISES, LLC

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice and the Court having fully informed in the premises, FINDS that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff Acuity, A Mutual Insurance Company's Complaint and Defendant LBJ Enterprises, LLC's Counterclaim and all claims the parties have made against each other in this litigation in this matter, are hereby dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

_____
THE HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE

Submitted By:

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: */s/ Jennifer A. Noya*
Jennifer A. Noya
Mia K. Lardy
*Attorneys for ACUITY*
Post Office Box 2168
Bank of America Centre, Suite 1000
500 Fourth Street, N.W.
Albuquerque, New Mexico 87103-2168
Telephone: (505) 848-1800

And

STINSON LLP

By: *Approved via email on 2.15.22*
Scott C. Hecht
Paulina Escobar
*Attorneys for Defendant*
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106-2150
Telephone: (816) 691-3120

And

Brian J. Fisher
MAYER LLP
9400 Holly Avenue NE, Building 3B
Albuquerque, New Mexico 87122
Telephone: (505) 595-1414